

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00307-CV

_____

IN RE JEFFREY MANN, Relator

---

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 15-09620-393
and
462nd District Court of Denton County, Texas
Trial Court No. 20-3822-462

---

Before Bassel, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: October 21, 2021